UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GIUSEPPE PAMPENA, individually and on behalf of all others similarly situated; et al.,

Plaintiffs - Respondents,

v.

ELON MUSK,

Defendant - Petitioner,

v.

MOHAMMED SAMARA,

Movant.

No. 24-6249

D.C. No.
3:22-cv-05937-CRB
Northern District of California,
San Francisco

ORDER

Before: BYBEE and MILLER, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 5) is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).